**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 42545**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2015 Unpublished Opinion No. 685** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed: October 30, 2015** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **LUIS ANGEL SAUCEDO,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael E. Wetherell, District Judge.

Appeal from judgment of conviction, <u>dismissed</u>.

Sara B. Thomas, State Appellate Public Defender; Eric D. Fredericksen, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; GRATTON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Luis Angel Saucedo pleaded guilty to injury to child, felony, Idaho Code § 18-1501(1). The parties entered into a binding I.C.R. 11 plea agreement. Pursuant to the plea agreement, Saucedo waived his right to appeal his sentence. The district court imposed a unified ten-year sentence, with four years determinate. Saucedo appeals, contending that his sentence is excessive.

We hold that Saucedo's appellate challenge to the excessiveness of his sentence has been waived by his plea agreement. *See* I.C.R. 11(f)(1); *State v. Rodriguez*, 142 Idaho 786, 787, 133 P.3d 1251, 1252 (Ct. App. 2006). Saucedo's plea agreement contained a clause which required Saucedo to waive his right to appeal his sentence. Accordingly, we dismiss Saucedo's appeal.

1